**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01302-CV

### GUARDIANSHIP OF MARTHA T. LATTIMORE,
### AN ALLEGED INCAPACITATED PERSON

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2014-1-166P**

## ORDER

We **GRANT** appellant's March 6, 2015 motion for an extension of time to file a motion

for rehearing.  Appellant shall file a motion for rehearing by **MONDAY, MARCH 23, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE